AO 472 (Rev. 6/05) Order of Detention Pending Trial

# United States District Court
## Eastern District of Michigan

United States of America          **ORDER OF DETENTION PENDING TRIAL**
    v.
Hayssam Chaaban     /          Case Number: 06-20661
       Defendant

    In accordance with the Bail Reform Act, 18 U.S.C. §3142(f), a detention hearing has been held. I conclude that the following facts require the detention of the defendant pending trial in this case.

### Part I – Findings of Fact

❏ (1) I find that:
        ❏ there is probable cause to believe that the defendant has committed an offense
        ❏ for which a maximum term of imprisonment of ten years or more is prescribed in 21 U.S.C. § 841 or 846;
        ❏ under 18 U.S.C. § 924(c).

❏ (2) I further find that the defendant has not rebutted the presumption established by finding that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

### Alternative Findings

✓ I find that the government has established by a preponderance of the evidence that there is a serious risk that the defendant will not appear.

❏ I find that the government has established by clear and convincing evidence that there is a serious risk that the defendant will endanger the safety of another person or the community.

### Part II – Written Statement of Reasons for Detention

✓ I find that the credible testimony and information submitted at the hearing established the following factors under 18 U.S.C. § 3142(g):
    ✓ (a) nature of the offense - Indictment charges 22 counts of theft of Government benefits based on misrepresentation regarding his residence.
    ✓ (b) weight of the evidence - Evidence is strong. Two counts charge offenses while defendant on bond at the complaint stage.
    ✓ (c) history and characteristics of the defendant -
        ❏ 1) physical and mental condition -
        ✓ 2) employment, financial, family ties - U.S. citizen, but has many strong ties to Canada; born in Saudi Arabia.
        ❏ 3) criminal history and record of appearance - No history of non-appearance.
    ✓ (d) probation, parole or bond at time of the alleged offense - Counts 23-24.
    ❏ (e) danger to another person or community -

Evidence establishes that defendant offered conflicting declarations regarding his residence to the governments of Canada and the United States, and that he applied for public benefits in both countries. Investigation by U.S. agents indicates that he did not reside at the U.S. address provided by him. Pretrial Services has not had an opportunity to conduct an investigation.

### Part III – Directions Regarding Detention

    The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

                               s/Donald A. Scheer
Date: December 22, 2006                  *Signature of Judge*
                               Donald A. Scheer, United States Magistrate Judge
                               *Name and Title of Judge*